# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

161976

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MARIANNE HUFF and PERSON-CENTERED
ADVOCACY SERVICES, LLC,
      Plaintiffs-Appellants,

v

LYNNE DOYLE, STACY COLEMAN-AX, and
JEFFREY L. BROWN,
      Defendants-Appellees,
and

DOUGLAS VAN ESSEN, COMMUNITY
MENTAL HEALTH OF OTTAWA COUNTY,
and THE LAKESHORE REGIONAL ENTITY,
      Defendants.

SC: 161976
COA: 349528
Ottawa CC: 18-005222-NZ

_____/

On order of the Court, the application for leave to appeal the July 30, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



Clerk

t0524